UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 11-cr-32-4 (JSR) |
| MANOSHA KARUNATILAKA, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.

Before the Court is defendant Manosha Karunatilaka's motion to release a lien placed on property in Marlborough, Massachusetts to secure his appearance bond in this action. The Office of the United States Attorney for the Southern District of New York is directed to verify, by no later than July 31, 2019, that defendant has satisfied all monetary obligations in connection with this matter, and, if he has, to issue a Satisfaction of Judgment and discharge the Marlborough lien.

SO ORDERED.

Dated: New York, NY

July /0, 2019

JED S. RAKOFF, U.S.D.J.

1